UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
NAFTASERVICE TRADING (CYPRUS) LTD.,

                        Plaintiff,

-v-

ALARIC CO. LTD.
and
ALARIC CONSULTING & INVESTMENT
CORPORATION LIMITED,

                        Defendants.
-----------------------------------------------------------x

JUDGE SCHEINDLIN

08 CV 0317

07 CV

**STATEMENT PURSUANT
TO F.R.C.P 7.1**



RECEIVED
JAN 14 2008
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, NAFTASERVICE TRADING (CYPRUS) LTD., certifies that there are no corporate parents, subsidiaries, or affiliates of that party, which are publicly held.

Dated: Port Washington, New York
       January 14, 2008

                                     CHALOS, O'CONNOR & DUFFY, L.L.P.
                                     Attorneys for Plaintiff
                                     NAFTASERVICE TRADING (CYPRUS) LTD.,

By: _____
                                     George M. Chalos (GC-8693)
                                     366 Main Street
                                     Port Washington, New York 11050
                                     Tel: (516) 767-3600
                                     Fax: (516) 767-3605
                                     Email: gmc@codus-law.com