```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-22-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
NAFTASERVICE TRADING (CYPRUS) LTD.,    :
                                                            :        08 Civ. 0317 (SAS)
                                Plaintiff,                  :
                                                            :
        -against-                                           :
                                                            :        ORDER
ALARIC CO. LTD., and ALARIC CONSULTING :
& INVESTMENT CORPORATION LIMITED,      :
                                                            :
                                Defendants.                 :
------------------------------------------------------------ x

HAIGHT, Senior District Judge:

The Clerk of Court is directed to withdraw this Court's Memorandum Opinion dated January 15, 2008 and to substitute therefor the accompanying Memorandum Opinion dated January 22, 2008.

IT IS SO ORDERED.

Dated: New York, New York
       January 22, 2008

                                                      _____
                                                      CHARLES S. HAIGHT, JR.
                                                      SENIOR UNITED STATES DISTRICT JUDGE

                                                      (PART I)