UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NAFTASERVICE TRADING (CYPRUS) LTD.,

                Plaintiff,

-v-

ALARIC CO. LTD.
and
ALARIC CONSULTING & INVESTMENT
CORPORATION LIMITED,

                Defendants.
------------------------------------------------------------x

*JUDGE SCHEINDLIN*

**08 CV 0317**

**ATTORNEY'S DECLARATION THAT DEFENDANTS CANNOT BE FOUND WITHIN THE DISTRICT**

    This declaration is executed by **George M. Chalos, Esq.**, counsel for the Plaintiff, NAFTASERVICE TRADING (CYPRUS) LTD., in order to secure the issuance of a Summons and Process of Maritime Attachment and Garnishment in the above-entitled, in personam, Admiralty cause.

    Pursuant to 28 U.S.C. §1746, **George M. Chalos, Esq.**, declares under the penalty of perjury:

    I am a Member of the firm of CHALOS, O'CONNOR & DUFFY, L.L.P., attorneys for Plaintiff, NAFTASERVICE TRADING (CYPRUS) LTD., in the above referenced matter.

    I am familiar with the circumstances of the Verified Complaint, and I submit this declaration in support of Plaintiff's request for the issuance of Process of Maritime Attachment and Garnishment of the property of defendants, ALARIC CO. LTD. and ALARIC CONSULTING & INVESTMENT CORPORATION LIMITED, pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

I have personally inquired or have directed inquiries into the presence of the defendants in this District.

I have personally checked with the office of the Secretary of State of the State of New York, using the Secretary of State's Division of Corporations database, and I have determined that, as of January 14, 2008, the defendants are not incorporated pursuant to the laws of New York, and have not nominated any agent for the service of process within the Southern District of New York.

I have inquired of Verizon Telephone Company whether the defendants can be located within this District. The Verizon Telephone Company has advised me that the defendants do not have any telephone number listings within this District.

I have further consulted with several other telephone directories on the internet, and I have found no separate telephone listing or address for the defendants within this District.

I am unaware of any general or managing agent(s) within this District for the defendants.

In that I have been able to determine that the defendants have not appointed an agent for service of process within the Southern District of New York and that I have found no indication that the defendants can be found within this District for the purposes of Rule B, I have formed a good faith belief that the defendants do not have sufficient contacts or business activities within this District and do not have any offices or agents within this District to defeat maritime attachment under Rule B of the Supplemental Rules for Admiralty and Maritime Claims as set forth in the Federal Rules of Civil Procedure.

It is my belief, based upon my own investigation that the defendants cannot be found within this District for the purposes of Rule B of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

Dated: Port Washington, New York
       January 14, 2008

                                     CHALOS, O'CONNOR & DUFFY, L.L.P.
                                     Attorneys for Plaintiff
                                     NAFTASERVICE TRADING (CYPRUS) LTD.,

By:      _____
            George M. Chalos (GC-8693)
            366 Main Street
            Port Washington, New York 11050
            Tel: (516) 767-3600
            Fax: (516) 767-3605
            Email: gmc@codus-law.com