CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
NAFTASERVICE TRADING (CYPRUS) LTD.,   :
                                      :
                                      :
                 Plaintiff,           :   08-CV-0317
                                      :
           v.                         :   **NOTICE OF**
                                      :   **APPEARANCE**
ALARIC CO. LTD. and ALARIC CONSULTING :
& INVESTMENT CORPORATION LIMITED,     :
                                      :
                                      :
                 Defendants.          :
-----------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       February 8, 2008

                                      CLARK, ATCHESON & REISERT
                                      Attorneys for Garnishee
                                      Societe Generale New York Branch

By: _____
                                      Richard J. Reisert (RR-7118)
                                      7800 River Road
                                      North Bergen, NJ 07047
                                      Tel: (201) 537-1200
                                      Fax: (201) 537-1201
                                      Email: reisert@navlaw.com