CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
NAFTASERVICE TRADING (CYPRUS) LTD.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
George M. Chalos (GC-8693)
George E. Murray (GM-4172)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
NAFTASERVICE TRADING (CYPRUS) LTD.,

       Plaintiff,

    v.

ALARIC CO. LTD,
and
ALARIC CONSULTING & INVESTMENT
CORPORATION LIMITED,

       Defendants.
----------------------------------------------------------X

08 CV 317 (SAS)

**ORDER FOR
ADJOURNMENT OF
INITIAL PRETRIAL
CONFERENCE**

The Initial Pretrial Conference in this matter scheduled for February 20, 2008, at 4:30 p.m. is hereby adjourned until _April_, _28_, 2008 at _4:30_ p.m.

Dated: New York, New York
    February 15, 2008

                _____
                Honorable Shira A. Scheindlin, U.S.D.J.

To: CHALOS, O'CONNOR & DUFFY, LLP
   Attorneys for Plaintiff,
   NAFTASERVICE TRADING (CYPRUS) LTD.
   366 Main Street
   Port Washington, New York 11050
   Tel: (516) 767-3600
   Fax: (516) 767-3605

   Attn: George M. Chalos, Esq.
       George E. Murray, Esq.