CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
NAFTASERVICE TRADING (CYPRUS) LTD.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
George M. Chalos (GC-8693)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NAFTASERVICE TRADING (CYPRUS) LTD.,

              Plaintiff,

     v.

ALARIC CO. LTD.
and
ALARIC CONSULTING & INVESTMENT
CORPORATION LIMITED,

              Defendants.
-----------------------------------------------------------X



08 CV 0317 (SAS)

**ORDER FOR ADJOURNMENT OF INITIAL PRETRIAL CONFERENCE**

The Initial Pretrial Conference in this matter scheduled for April 25, 2008, at 4:30 p.m. is hereby adjourned until June 26, 2008 at 4:30 p.m.

Dated: New York, New York
       April 24, 2008

                                 Honorable Shira A. Scheindlin, U.S.D.J.

To:   CHALOS, O'CONNOR & DUFFY, LLP
       Attorneys for Plaintiff,
       NAFTASERVICE TRADING (CYPRUS) LTD.
       366 Main Street
       Port Washington, New York 11050
       Tel: (516) 767-3600
       Fax: (516) 767-3605

       Attn:  George M. Chalos, Esq.
                George E. Murray, Esq.