UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
Naftaservice Trading (Cyprus) Ltd.                           08 CV 0317(SAS)
       *Plaintiff*,

v.

Alaric Co, Ltd., and
Alaric Consulting & Investment
Corporation Limited,

       *Defendants*.
-------------------------------------------------------x

### NOTICE OF CHANGE OF FIRM NAME & ADDRESS

  **PLEASE TAKE NOTICE** that counsel for Plaintiff, NAFTASERVICE TRADING (CYPRUS) Ltd., formerly a Member of the firm, Chalos, O¢Connor & Duffy, LLP, has changed his firm name to Chalos & Co, P.C. and provides the Court and all counsel of record with the following updated contact details:

    Chalos & Co, P.C.
    123 South Street
    Oyster Bay, NY 11771
    Tel:  + 1 516 714 4300
    Fax:  +1 866 702 4577
    Email:  gmc@chaloslaw.com

  The new email address for the undersigned is gmc@chaloslaw.com.

Dated: Oyster Bay, New York   Respectfully submitted,
   June 17, 2008

            s/George M. Chalos
            CHALOS & CO, P.C.
            123 South Street
            Oyster Bay, NY 11771
            Ph: 516-714 4300
            Fax: 866-702-4577
            Email: gmc@chaloslaw.com