UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
NAFTASERVICE TRADING (CYPRUS) LTD.

                                                                               08 CV 0317 (SAS)

                       *Plaintiff*,

v.

ALARIC CO. LTD. and ALARIC CONSULTING &
INVESTMENT CORPORATION LIMITED

                       *Defendant*.
-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                              ) SS.:
COUNTY OF NASSAU  )

      George M Chalos, being duly sworn, deposes and says:

1.     That he is an employee of Chalos & Co, P.C., counsel of record for Plaintiff herein.

2.     That deponent is not a party to the action or proceeding, is over eighteen (18) years of age, and resides in Plainview, New York.

3.     That on April 16, 2008, he served the within Summons, Verified Complaint, Order for Issuance of Process of Maritime Attachment, Process of Maritime Attachment upon and Notice of Attachment upon:
                    Alaric Co. Ltd. and
                    Alaric Consulting & Investment Corporation Limited
                    Level 2, Whitehall Mansions
                    Ta'Xbiex Seafront
                    Ta'Xbiex, Malta

by sending a true copy of the above-listed in secure, postpaid courier parcel directed to the above-mentioned party at the above-listed address, that this being the address designated by this defendant for the purpose of receiving proceeding papers, the place where they then kept an office, and where there then was regular communication by mail.

Sworn to before me this
11th day of July 2008

                                                             George M. Chalos

LEROY S. CORSA
Notary Public, State of New York
No. 4807155
Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires Sept. 30, 200_