UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
NAFTASERVICE TRADING (CYPRUS) LTD.

                                                    08 CV 0317 (SAS)

*Plaintiff,*

v.

ALARIC CO. LTD. and ALARIC CONSULTING &
INVESTMENT CORPORATION LIMITED

*Defendant.*
-------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF NASSAU     )

Katherine N. Christodoulatos, being duly sworn, deposes and says:

1. That she is an employee of Chalos & Co, P.C., counsel of record for Plaintiff herein.

2. That deponent is not a party to the action or proceeding, is over eighteen (18) years of age, and resides in Astoria, New York.

3. That on July 15, 2008, she served the within Proposed Default Judgment, Attorney's Affidavit for Judgment by Default and the Clerk's Certificate upon:

> Alaric Co. Ltd. and
> Alaric Consulting & Investment Corporation Limited
> Level 2, Whitehall Mansions
> Ta'Xbiex Seafront
> Ta'Xbiex, Malta

by sending a true copy of the above-listed in secure, postpaid courier parcel directed to the above-mentioned party at the above-listed address, that this being the address designated by this defendant for the purpose of receiving proceeding papers, the place where they then kept an office, and where there then was regular communication by mail.

Sworn to before me this
18th day of July 2008

GEORGE M. CHALOS
Notary Public, State of New York
No. 02CH6015898
Qualified in Nassau County
Commission Expires Nov. 9, 20__

_____
Katherine N. Christodoulatos