UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
NAFTASERVICE TRADING (CYPRUS) LTD.

                                               *Plaintiff*,

08 CV 0317 (SAS)

v.

ALARIC CO. LTD. and ALARIC CONSULTING &
INVESTMENT CORPORATION LIMITED

                                               *Defendant*.
------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                 ) SS.:
COUNTY OF NASSAU    )

        George M. Chalos, being duly sworn, deposes and says:

        1.    That I am the principal of Chalos & Co, P.C., and lead counsel of record for Plaintiff herein.

        2.    That deponent is not a party to the action or proceeding, is over eighteen (18) years of age, and resides in Plainview, New York.

        3.    That on April 16, 2008, I served the Summons, Verified Complaint, Order for Issuance of Process of Maritime Attachment, Process of Maritime Attachment upon and Notice of Attachment upon:

                Alaric Co. Ltd. and
                Alaric Consulting & Investment Corporation Limited
                Level 2, Whitehall Mansions
                Ta'Xbiex Seafront
                Ta'Xbiex, Malta

by sending a true copy of the above-listed via DHL courier parcel directed to the above-mentioned party at the above-listed address, that this being the address designated by this defendant for the purpose of receiving proceeding papers, the place where they then kept an office, and where there then was regular communication by mail; and I have received a return receipt indicating that the documents were delivered to the above address on April 21, 2008 at 11:31 a.m. and were signed for by "AGIUS."

Sworn to before me this
4th day of August 2008

                                                                        George M. Chalos

LEROY S. CORSA
Notary Public, State of New York
No. 4807155
Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires Sept 30, 20__