UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
NAFTASERVICE TRADING (CYPRUS) LTD.,
                *Plaintiff*,                08 CV 0317 (SAS)

v.

                                  **DEFAULT JUDGMENT**

ALARIC CO. LTD. and ALARIC CONSULTING
& INVESTMENT CORPORATION LIMITED,
                *Defendant.*
----------------------------------------------------------x

      This action having been commenced on January 14, 2008, by the filing of the Verified Complaint; a copy of the Verified Complaint having been personally served on the defendants, ALARIC CO. LTD. and ALARIC CONSTULING & INVESTMENT CORPORATION LIMITED, on April 21, 2008; proof sufficient to this Court that service had been completed in accordance with Rule B(2) having been filed on August 4, 2008; the defendants having not answered the Verified Complaint, moved or otherwise appeared in these proceedings; the time for answering the Verified Complaint having expired; and the Clerk of this Court having duly entered a certificate of entry of default of defendants;

      IT IS ORDERED AND ADJUDGED:

      That Judgment be entered in favor of plaintiff in the amount of $ 1,437,309.39 against defendants jointly and severally.  This award consists of:

| | |
|---|---|
| The London Arbitration Award: | $ 1,388,461.11 |
| Interest at 6% from 1/15/2008 to 8/15/08: | $ 48,848.28 |
| The total amount is therefore: | $ 1,437,309.39. |

      IT IS FURTHER ORDERED:

      That garnishee bank, HSBC Bank is to pay to the order of the Plaintiff $ 215,000.00 representing the funds belonging to defaulting defendants which were restrained pursuant to the

2

Order for Issuance of Process of Maritime Attachment and Garnishment issued by this Court on January 15, 2008, in partial satisfaction of the Plaintiff's claims.

The Clerk of the Court is directed to close this case.

SO ORDERED:

_____
Shira A. Scheindlin
United States District Judge

Dated: August 15, 2008
       New York, New York

– Appearances –

**For Plaintiff:**

George Michael Chalos, Esq.
CHALOS & CO., P.C.
123 South Street
Oyster Bay, New York 11771
(516) 714-4300

**For Garnishee Societe Generale New York Branch:**

Richard Joseph Reisert , Esq.
Clark, Atcheson & Reisert
7800 River Road
North Bergen, New Jersey 07047
(201) 537-1200